UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
        Plaintiff,                      )
                                        )
*ex rel.* BEN R. STOKES,                )
                                        )   Civil Action No. 11-1082 (ESH)
        Relator,                        )
                                        )   FILED UNDER SEAL PURSUANT
        v.                              )   TO 31 U.S.C. §§ 3729 *et. seq.*
                                        )
BOSTON SCIENTIFIC, et al.,              )
                                        )
        Defendants.                     )
_____ )

## ORDER

Upon consideration of relator's Motion for Permission to File Redacted Complaint, Motion to Dismiss the Complaint Without Prejudice, and Motion to Continue Seal Except as to Redacted Complaint, Dec. 21, 2011 [Dkt. No. 5] ("Relator's Mot."); the United States's Response to Relator's Motion for Permission to File and Unseal Redacted Complaint, Dec. 22, 2011 [Dkt. No. 6] ("Pl.'s Response"); and relator's reply, Jan. 4, 2012 [Dkt. No. 7] ("Relator's Reply"); and for the reasons stated in the accompanying Memorandum Opinion [Dkt. No. 8], it is hereby

**ORDERED** that, in light of plaintiff's election not to intervene in this *qui tam* action (*see* Notice of Election to Decline Intervention by United States of America, December 12, 2011 [Dkt. No. 4]) and plaintiff's consent to relator's request to dismiss this action without prejudice (*see* Pl.'s Response at 1), this action is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that relator is granted leave to file an amended complaint that redacts his name and information which identifies him as described in his filings (*see* Relator's Mot. at 8 n.4; Relator's Reply at 1–2); and it is further

**ORDERED** that relator shall file his amended complaint by January 13, 2012, not under seal; and it is further

**ORDERED** that the seal currently in effect is to be continued for a period of one year, through January 7, 2013, with regard to all filings in this case except for two, both of which are to be filed subsequently: 1) relator's amended, redacted complaint, and 2) an amended version of this order with relator's name redacted; and it is further

**ORDERED** that the seal is to be lifted in its entirety on January 7, 2013, unless this Court orders otherwise.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 6, 2012